**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PAULA RAMBO,**

   *Plaintiff,*

**v.**                                           **8:24-cv-658-MSS-AAS**

**MICROBILT CORPORATION,**

   *Defendant.*
_____/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant MicroBilt Corporation have reached a settlement in the above-referenced matter. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on June 13, 2024.

                                      */s/ Fethullah Gulen*
                                      Fethullah Gulen, Esq.
                                      Florida Bar Number: 1045392
                                      Seraph Legal, P. A.
                                      2124 W Kennedy Blvd., Suite A
                                      Tampa, FL 33606
                                      (813) 567-1230
                                      FGulen@SeraphLegal.com
                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392